# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:23-cr-00168 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| MARIO ROMAN-RIVERA, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Reuben J. Sheperd regarding the change of plea hearing of Mario Roman-Rivera which was referred to the Magistrate Judge with the consent of the parties.

On March 23, 2023, the Government filed a three count Indictment, charging Defendant Mario Roman-Rivera with Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, in violation of Title 21 U.S.C. § 846. Defendant Mario Roman-Rivera was arraigned on August 3, 2023, during which Mario Roman-Rivera entered a plea of not guilty to the charges. On April 23, 2024 Magistrate Judge Reuben J. Sheperd received Defendant Mario Roman-Rivera's plea of guilty to Count one of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Mario Roman-Rivera is found to be competent to enter a plea and to understand his

constitutional rights.  He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant  Mario Roman-Rivera  is adjudged guilty of Count one of the Indictment, with Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, in violation of Title 21 U.S.C. §§ 846, and 841(a)(1) and (b)(1)(C). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on August 8, 2024, at 9:30 a.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     8/7/2024
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE